UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,  :<br>  :<br>  Plaintiff,  :<br>  :<br>  v.  :<br>  :<br> TUYET VO,  :<br>  :<br>  Defendant.  : | Civ. A. No. 15-6327 (NLH)(KMW)<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed today,

IT IS on this   8th   day of   February  , 2016

ORDERED that Plaintiff's motion for default judgment against Defendant Tuyet Vo (Doc. No. 5) be, and the same hereby is, GRANTED; and it is further

ORDERED that judgment shall be entered against Defendant Tuyet Vo in the total amount of $973,658, relating to income tax liabilities as of November 2, 2015 for tax years 1999-2002, plus statutory additions, including interest, accruing after that date to be determined upon a supplemental application that Plaintiff shall submit within 28 days of this Order.

At Camden, New Jersey

  s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.